# UNITED STATES DISTRICT COURT
Southern District of Texas

| | | |
|---|---|---|
| JOHN DOE<br>**PLAINTIFF**<br><br>VS.<br><br>SOMASEKHAR “SOMA” TATA, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 4:26-CV-07826 |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

On Tuesday, October 6, 2026 at 4:49 PM, this SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT for ROSHAN ALY SATANI was received by me.

On Thursday, October 8, 2026 at 5:16 PM, I personally served the above-mentioned documents on ROSHAN ALY SATANI AT 3318 ARBOR LANE, SEABROOK, TX 77586.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Friday, October 9, 2026

*Rhonda Stephens*

Rhonda Stephens
Process Server
1201 Louisiana St., Ste 370
Houston, TX 77002

DocID: P358964_6